UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LOVE ALTONIO BROOKS,<br>    Plaintiff | CIVIL ACTION<br>NO. CV07-0131-A |
| VERSUS | |
| WARDEN FREDRICK MENIFEE, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment on the issue of timeliness is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of October, 2010.

JAMES T. ~~DEE D. DRELL~~ TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE